

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:  Renato Acain, et al. v. International Plant Services, LLC, Noureddine Ayed, Karim Ayed, Richard Dale Johnston, Adrienne Wilson, and Leysander Bustamonte

Appellate case number:  01-13-00310-CV

Trial court case number:  2011-32519

Trial court:  113th District Court of Harris County

It is ordered that Appellees' Motion for En Banc Reconsideration is **denied**.

Judge's signature:  /s/ Rebeca Huddle
                    Acting for the En Banc Court*

Date: December 4, 2014

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.